# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOUNG K. LEE, Trustee of the Lee Family Trust dated April 15, 2009; DIANA S. LEE, Trustee of the Lee Family Trust dated April 15, 2009; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: CV 21-3607-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [26]** |

Pursuant to Fed. R. Civ. P. 41(a), the Court, having considered the parties' stipulation, and good cause appearing,

**IT IS ORDERED THAT:**

The above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: September 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1